**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ANGELO ARMENTI, JR., | : | 1:12-cv-2039 |
| | : | |
| Plaintiff, | : | Hon. John E. Jones III |
| | : | |
| v. | : | |
| | : | |
| RON TOMALIS, *et. al.*, | : | |
| | : | |
| Defendants, | : | |

**<u>ORDER</u>**

**November 2, 2016**

Presently before the Court is Defendants' motion to strike (Doc. 164) and Defendants' motion for summary judgment. (Doc. 149). In conformity with the Memorandum issued on today's date, **IT IS HEREBY ORDERED THAT:**

1.  Defendants' motion to strike (Doc. 164) is **DENIED**.

2.  Defendants' motion for summary judgment (Doc. 149) is **GRANTED**.

3.  The Clerk of the Court **SHALL CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge